**Fill in this information to identify the case:**

Debtor name   Service Employees International Union - Texas

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Professional Janitorial Service, Inc. 2303 Nance St. Houston, TX 77020 | | Judgment | Disputed | | | $7,817,254.13 |
| SEIU Health & Welfare Fund 11 Dupont Circle NW Suite 900 Washington, DC 20036-1202 | | | | | | $98,218.30 |
| Genesis 1225 North Loop West Suite 705 Houston, TX 77008 | | | | | | $23,850.00 |
| Bank of America PO Box 15731 Wilmington, DE 19886-5731 | | | | | | $17,010.19 |
| JITASA 1750 W. Front St. Suite 200 Boise, ID 83702 | | | | | | $3,000.00 |
| Tanner and Associates, PC 6300 Ridglea Place Suite 407 Fort Worth, TX 76116-5706 | | | | | | $2,921.25 |
| J & N Enterprises Inc. 2015 West 34th Suite F Houston, TX 77018 | | | | | | $2,725.78 |

Debtor **Service Employees International Union - Texas**        Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mexican American Unity Council, Inc. 2300 W. Commerce Suite 200 San Antonio, TX 78207 | | | | | | $2,250.00 |
| Mike Sullivan, Tax Assessor PO Box 3547 Houston, TX 77253-3547 | | | | | | $2,021.25 |
| Will Copy & Print 2305 Historic Decatur Rd. Suite 100 San Diego, CA 92106 | | | | | | $1,548.61 |
| AT&T Mobility P O Box 6463 Carol Stream, IL 60197-6463 | | | | | | $1,356.47 |
| Logix Communications PO Box 3608 Houston, TX 77253-3608 | | | | | | $1,244.39 |
| Accountants Building Partnership 1280 Hawkins Suite 205 El Paso, TX 79925 | | | | | | $1,200.00 |
| Subrogation Management Team PO Box 460409 San Antonio, TX 78246 | | | | | | $1,040.51 |
| Applied Automated Engineering Corp 65 S. Main St. Building C Pennington, NJ 08534 | | | | | | $1,009.44 |
| TOSU PO Box 22914 Houston, TX 77227 | | | | | | $620.14 |
| Communications Workers of America Local 6137 1210 S. Staples St. Corpus Christi, TX 78404 | | | | | | $350.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Service Employees International Union - Texas**                                    Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Office Depot**<br>**PO Box 660113**<br>**Dallas, TX**<br>**75266-0113** | | | | | | **$226.80** |
| **Comcast**<br>**PO Box 660618**<br>**Dallas, TX**<br>**75266-0618** | | | | | | **$212.06** |
| **BCD Travel USA**<br>**PO Box 742220**<br>**Atlanta, GA**<br>**30374-2220** | | | | | | **$182.50** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy