IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE:<br><br>Service Employees International Union - Texas.<br><br>Debtor. | Chapter 11<br><br>Case No. _____ |

### DEBTOR'S CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Service Employees International Union - Texas ("SEIU Texas") certifies that as of this date:

SEIU Texas is a tax-exempt labor organization under 26 U.S.C. § 501(c)(5), and as such there are no entities to report under subdivision (a) of Rule 7007.1.

**Dated:**  December 3, 2016

    Respectfully submitted,

    **MCKOOL SMITH P.C.**

    By:  */s/ Benjamin W. Hugon*
        Christopher D. Johnson (SBN 24012913)
        Benjamin W. Hugon (SBN 24078702)
        600 Travis, Suite 7000
        Houston, Texas 77002
        Telephone: (713) 485-7300
        Facsimile: (713) 485-7344

    *Proposed Counsel for Service Employees International Union - Texas*

### CERTIFICATE OF SERVICE

The undersigned certifies that on December 3, 2016, a true and correct copy of this document was served by electronic means as listed on the Court's ECF noticing system.

    */s/ Benjamin W. Hugon*
    Benjamin W. Hugon

McKool 1274284v2