

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
12/12/2016

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 16-20483 |
| SERVICE EMPLOYEES | § | CHAPTER 11 |
| INTERNATIONAL UNION - TEXAS; dba | § | |
| SEIU - TEXAS; fdba SEIU LOCAL 5 | § | |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

### ORDER SETTING HEARING AND GRANTING OTHER RELIEF
(Docket No. 7)

The Court has reviewed the Expedited Motion of Professional Janitorial Service of Houston, Inc. to Dismiss or, in the Alternative, Convert Case, filed by Professional Janitorial Service of Houston, Inc. The Court is unable to schedule a hearing within the required timeframe due to scheduling conflicts. Accordingly, it is

**ORDERED THAT**:

1. The Court will conduct an evidentiary hearing on the motion on **January 27, 2017 at 10:00 a.m. (prevailing Central time)** in the bankruptcy courtroom in Corpus Christi, Texas.

2. The automatic stay is modified to allow the state court to proceed with the hearing on December 15, 2016 to consider the debtor's motion to determine the amount of the appellate bond. No other action may be taken absent further order from this Court.

**SIGNED: December 12, 2016.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

In re:  
Service Employees International Union -  
    Debtor

Case No. 16-20483-drj  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0541-2    User: aalo    Form ID: pdf002    Page 1 of 1    Total Noticed: 1    Date Rcvd: Dec 12, 2016

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2016.
db      +Service Employees International Union - Texas,   4299 San Felipe St.,   Suite 2000,   Houston, TX 77027-2921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr      Professional Janitorial Service of Houston, Inc.
     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2016 at the address(es) listed below:
     Benjamin Warren Hugon    on behalf of Debtor    Service Employees International Union - Texas    bhugon@mckoolsmith.com,   cubberud@mckoolsmith.com
     Joshua W. Wolfshohl    on behalf of Creditor    Professional Janitorial Service of Houston, Inc.    jwolfshohl@porterhedges.com,   ksteverson@porterhedges.com;egarfias@porterhedges.com
     Stephen Douglas Statham    on behalf of U.S. Trustee    US Trustee stephen.statham@usdoj.gov
     US Trustee    USTPRegion07.CC.ECF@USDOJ.GOV
     TOTAL: 4