

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
12/16/2016

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 16-20483 |
| SERVICE EMPLOYEES | § | CHAPTER 11 |
| INTERNATIONAL UNION - TEXAS; dba | § | |
| SEIU - TEXAS; fdba SEIU LOCAL 5 | § | |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

## ORDER
(Docket No. 9)

The Court has considered the Emergency Motion of Professional Janitorial Service of Houston, Inc. ("PJS") to Clarify and Enforce Order Setting Hearing and Granting Other Relief as well as the Debtor's objection and PJS's reply. The motion seeks to enlarge the scope of the relief set forth in the Court's December 12, 2016 order setting a hearing and granting limited relief from the automatic stay [Docket No. 8]. Specifically, PJS seeks authority to file a motion as appellee in the state court litigation to determine the amount of the supersedeas bond that the Debtor as appellant must post in the appeal of a judgment entered in the litigation. In its December 12, 2016 order, the Court modified the automatic stay to allow the debtor's pending motion for a bond that was previously scheduled for hearing to proceed. The parties misconstrue the Court's intent in granting the relief. This Court is ill-positioned and will not undertake to manage litigation before another court. As the limited relief from the automatic stay previously granted is now moot (due to the Debtor's withdrawal of the motion), the automatic stay will remain in place pending further order. Accordingly, it is

**ORDERED THAT**:

1. The Emergency Motion of Professional Janitorial Service of Houston, Inc. to Clarify and Enforce Order Setting Hearing and Granting Other Relief is denied without prejudice.

**SIGNED: December 16, 2016.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

1 / 1