UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
Corpus Christi DIVISION
**Amended**

CASE NAME: **Service Employees International Union - Texas**          Petition Date: **12/3/2016**

CASE NUMBER: **16-20483**

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH    **December**    YEAR    **2016**

| MONTH | 12/4 - 12/31/2016 | | | | | |
|---|---|---|---|---|---|---|
| REVENUES  (MOR-6) | 78,552.60 | | | | | |
| INCOME BEFORE DEPRECIATION  (MOR-6) | (203,928.88) | | | | | |
| NET INCOME (LOSS)  (MOR-6) | (203,928.88) | | | | | |
| PAYMENTS TO INSIDERS  (MOR-9) | 4,310.68 | | | | | |
| PAYMENTS TO PROFESSIONALS  (MOR-9) | 86,284.32 | | | | | |
| **TOTAL DISBURSEMENTS  (MOR-8)** | 270,323.47 | | | | | |

\*\*\* The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | | EXP DATE |
|---|---|---|---|
| CASUALTY | YES ( x )  | NO (   ) | **4/4/2017** |
| LIABILITY | YES ( x )  | NO (   ) | **4/7/2017** |
| VEHICLE | YES (   )  | NO ( x ) | |
| WORKERS | YES ( x )  | NO (   ) | **4/7/2017** |
| OTHER | YES (   )  | NO (   ) | |

Are all accounts receivable being collected within terms?    **Yes**
Are all post-petition liabilities including taxes being paid within terms?    **Yes**
Have any pre-petition liabilities been paid?    **Yes**        If so, describe.    **See Attached**

Are all funds received being deposited into DIP Bank Accounts?    **Yes**
Were any assets disposed of outside the normal course of business?    **No**
If so, describe.
Are all U.S. Trustee Quarterly Fee Payments current?    **Yes**
What is the status of your Plan of Reorganization?    **To be Filed**

ATTORNEY NAME: Chris Johnson
ADDRESS: McKool Smith
ADDRESS: 600 Travis Street
CITY, STATE, ZIP: Houston, Tx.  77002
TELEPHONE: (713) 485-7300

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR) consisting of MOR-1 through
MOR-9 plus attachments is true and correct.

SIGNED: _____
(ORIGINAL SIGNATURE)

TITLE:    **Elsa Caballero, President**

\*\*\* The Local's $250,000 monthly subsidy was received on 12/2, immediately prior to filing bankruptcy and so does not appear on this initial MOR

**MOR-1**                                                        Revised 6/14/96

CASE NAME:  Service Employees International Union - Texas          CASE NUMBER:     16-20483

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 12/3/2016 | MONTH 12/4 - 12/31/2016 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 1,483,147.98 | 1,258,809.60 | | | | | |
| Accounts Receivable, Net | 17,246.50 | 36,142.00 | | | | | |
| Inventory, Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | 25,394.33 | 15,854.33 | | | | | |
| Investments | | | | | | | |
| Other (Undeposited Receipts) | 27,341.31 | 41,137.48 | | | | | |
| **TOTAL CURRENT ASSETS** | **1,553,130.12** | **1,351,943.41** | | | | | |
| PROPERTY, PLANT & EQUIP @ COST | 60,635.60 | 86,453.23 | | | | | |
| Less Accumulated Depreciation | | | | | | | |
| **Net Book Value of PP & E** | **60,635.60** | **86,453.23** | | | | | |
| OTHER ASSETS: | | | | | | | |
| 1  Taxes | | | | | | | |
| 2  Investment in Subs | | | | | | | |
| 3  McKool Smith Legal Retainer | 88,378.50 | 88,378.50 | | | | | |
| 4  (attach list) | | | | | | | |
| TOTAL ASSETS | 1,702,144.22 | 1,526,775.14 | | | | | |

*Per Schedules & Statement of Affairs

**MOR-2**

Revised 6/14/96

CASE NAME: Service Employees International Union - Texas        CASE NUMBER: 16-20483

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 12/3/2016 | MONTH 12/4 - 12/31/2016 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST PETITION LIABILITIES (MOR-4) | | 105,449.35 | | | | | |
| PRE PETITION LIABILITIES: | | | | | | | |
| Notes Payable - Secured | | | | | | | |
| Priority Debt | 10,446.77 | 10,446.77 | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Witholding | | | | | | | |
| Unsecured Debt | 7,960,977.34 | 7,884,087.79 | | | | | |
| Other | | | | | | | |
| **TOTAL PRE-PETITION LIABILITIES** | 7,971,424.11 | 7,894,534.56 | | | | | |
| **TOTAL LIABILITIES** | 7,971,424.11 | 7,999,983.91 | | | | | |
| **OWNER'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID IN CAPITAL | | | | | | | |
| RETAINED EARNINGS Filing Date | (6,269,279.89) | (6,269,279.89) | | | | | |
| RETAINED EARNINGS Post Filing Date | | (203,928.88) | | | | | |
| **TOTAL OWNER'S EQUITY (Net Worth)** | (6,269,279.89) | (6,473,208.77) | | | | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | 1,702,144.22 | 1,526,775.14 | | | | | |

*Per Schedules and Statement of Affairs

**MOR-3**

Revised 6/14/96

CASE NAME: **Service Employees International Union - Texas**      Case Number: **16-20483**

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH<br>12/4 - 12/31/2016 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | | | | | | |
| **TAXES PAYABLE:** | | | | | | |
|   Federal Payroll Taxes | | | | | | |
|   State Payroll & Sales | | | | | | |
|   Ad Valoreum Taxes | | | | | | |
|   Other Taxes | | | | | | |
| **TOTAL TAXES PAYABLE** | | | | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| * ACCRUED PROFESSIONAL FEES | 86,284.32 | | | | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
|   1. Bank of America Credit Card | 19,040.87 | | | | | |
|   2. COPE Trust Funds | 124.16 | | | | | |
| | | | | | | |
| ***TOTAL POST-PETITION LIABILITIES (MOR-3)*** | 105,449.35 | | | | | |

*Payment Requires Court Approval

**MOR-4**                                                                                     Revised 6/14/96

**CASE NAME:** Service Employees International Union - Texas  
**CASE NUMBER:** 16-20483

## AGING OF POST-PETITION LIABILITIES
### Month: 12/04/2016 - 12/31/2016

| DAYS AGED | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, & OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 105,449.35 | | | | | 105,449.35 |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91 + | | | | | | |
| TOTAL | 105,449.35 | | | | | 105,449.35 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | 12/4 - 12/31/2016 | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 36,142.00 | | | | | |
| 31-60 DAYS | | | | | | |
| 61-90 DAYS | | | | | | |
| 91 + DAYS | | | | | | |
| TOTAL | 36,142.00 | | | | | |

**MOR-5**

Revised 6/14/96

CASE NAME: Service Employees International Union - Texas     CASE NUMBER: 16-20483

# STATEMENT OF INCOME (LOSS)

| MONTH | 12/4 - 12/31/2016 | FILING TO DATE |
|---|---:|---:|
| **REVENUES (MOR-1)** | 78,552.60 | 78,552.60 |
| TOTAL COST OF REVENUES | | |
| **GROSS PROFIT** | 78,552.60 | 78,552.60 |
| OPERATING EXPENSES | | |
| Selling & Marketing | | |
| General & Administrative | 191,886.48 | 191,886.48 |
| Insider Compensation | 4,310.68 | 4,310.68 |
| Professional Fees | 86,284.32 | 86,284.32 |
| Other (attach list) | | |
| | | |
| **TOTAL OPERATING EXPENSES** | 282,481.48 | 282,481.48 |
| **INCOME BEFORE INT, DEPREC/Tax (MOR-1)** | (203,928.88) | (203,928.88) |
| INTEREST EXPENSE | | |
| DEPRECIATION | | |
| OTHER INCOME (EXPENSE)* | | |
| OTHER ITEMS** | | |
| **TOTAL INT, DEPREC & OTHER ITEMS** | | |
| **NET INCOME BEFORE TAXES** | (203,928.88) | (203,928.88) |
| FEDERAL INCOME TAXES | | |
| **NET INCOME/(LOSS) (MOR-1)** | (203,928.88) | (203,928.88) |

Accrual Accounting Required, Otherwise Footnote with Explanation
* Footnote Mandatory
** Unusual and/or infrequent items(s) outside the ordinary course of business; requires footnote

*** The Local's $250,000.00 monthly subsidy was received on 12/2, immediately prior to filing bankruptcy, and so does not appear on this initial MOR.

**MOR-6**                                                                 Revised 6/14/96

CASE NAME: **Service Employees International Union - Texas**  CASE NUMBER: **16-20483**

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 12/4 - 12/31/2016 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. Cash - Beginning of Month: | 1,483,147.98 | | | | | | 1,483,147.98 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 36,831.84 | | | | | | 36,831.84 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 9,153.25 | | | | | | 9,153.25 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | |
| 6. Other - (attach list) | | | | | | | |
| **TOTAL RECEIPTS** | **45,985.09** | | | | | | **45,985.09** |
| (Withdrawal)/Contributions by Individual Debtor MFR-2 * | | | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| 7. NET PAYROLL | 86,282.26 | | | | | | 86,282.26 |
| 8. PAYROLL TAXES PAID | 10,781.82 | | | | | | 10,781.82 |
| 9. SALES, USE OTHER TAXES PAID | 173.16 | | | | | | 173.16 |
| 10. SECURED / RENTAL / LEASES | 17,603.37 | | | | | | 17,603.37 |
| 11. UTILITIES | 1,562.04 | | | | | | 1,562.04 |
| 12. INSURANCE | 48,688.95 | | | | | | 48,688.95 |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | 15,728.86 | | | | | | 15,728.86 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 268.96 | | | | | | 268.96 |
| 17. ADMINISTRATIVE & SELLING | 12,344.50 | | | | | | 12,344.50 |
| 18. Other (attach list) | 76,889.55 | | | | | | 76,889.55 |
| **TOTAL DISBURSEMENTS FROM OPERATIONS** | **270,323.47** | | | | | | **270,323.47** |
| 19. PROFESSIONAL FEES | | | | | | | |
| 20. U.S. TRUSTEE FEES | | | | | | | |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| **TOTAL DISBURSEMENTS** | **270,323.47** | | | | | | **270,323.47** |
| 22. NET CASH FLOW | (224,338.38) | | | | | | (224,338.38) |
| **23. CASH - END OF MONTH (MOR-2)** | **1,258,809.60** | | | | | | **1,258,809.60** |

**MOR-7**   * Applies to individual Debtor's only.   Revised 6/14/96

CASE NAME: <u>Service Employees International Union - Texas</u>   16-20483

# CASH ACCOUNT RECONCILIATION
## Month: 12/04/2016 - 12/31/2016

| BANK NAME | Bank of America | Bank of America | | Petty Cash | |
|---|---|---|---|---|---|
| **ACCOUNT NUMBER** | 4880-3851-4857 | 4880-3842-0258 | | | |
| <u>*ACCOUNT TYPE*</u> | <u>Operating</u> | <u>Old Operating</u> | <u>Tax</u> | <u>Other Funds</u> | <u>**TOTAL**</u> |
| BANK BALANCE | 1,312,222.46 | | | 1,624.05 | 1,313,846.51 |
| DEPOSIT IN TRANSIT (+) | | | | | 0.00 |
| OUTSTANDING CHECKS (-) | (55,036.91) | | | | (55,036.91) |
| ADJUSTED BANK BALANCE | 1,257,185.55 | | | 1,624.05 | 1,258,809.60 |
| BEGINNING CASH - PER BOOKS | 0.00 | 1,483,147.98 | | | 1,483,147.98 |
| RECEIPTS | 44,001.67 | 1,983.42 | | | 45,985.09 |
| TRANSFERS BETWEEN ACCOUNTS | 1,381,196.63 | (1,386,196.63) | | 5,000.00 | 0.00 |
| (WITHDRAWAL)/CONTRIBUTIONS-BY INDIVIDUAL DEBTOR MFR-2 | | | | | 0.00 |
| CHECKS/OTHER DISBURSEMENTS | (168,012.75) | (98,934.77) | | (3,375.95) | (270,323.47) |
| ENDING CASH - PER BOOKS | 1,257,185.55 | 0.00 | 0.00 | 1,624.05 | 1,258,809.60 |

**MOR-8**

Revised 6/14/96

CASE NAME: <u>Service Employees International Union - Texas</u>        CASE NUMBER: <u>16-20483</u>

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.  Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.).  (Attach additional pages as necessary.)

| INSIDERS:  NAME / COMP TYPE | MONTH 12/4 - 12/31/2016 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1.  Elsa Caballero, President, Salary | 4,310.68 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS  (MOR-1) | 4,310.68 | | | | | |

| PROFESSIONALS: | MONTH 12/4 - 12/31/2016 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1.  McKool Smith | 86,284.32 | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS  (MOR-1) | 86,284.32 | | | | | |

**MOR-9**                                                                                                      Revised 6/14/96

| CASE NAME: | Service Employees International Union - Texas | CASE NUMBER: | 16-20483 |

## MOR7 Detail line: 18 Other

**Pre-Petition Liab been Paid**

| | Check NO. | Check Date | Vendor | Amount | Description | Date Cleared |
|---|---|---|---|---|---|---|
| 1 | 3242 | 10/13/2016 | Workers Defense Action Fund | $ 25,000.00 | donation / contribution | 12/5/2016 |
| 2 | 3300 | 11/15/2016 | CWA | 350.00 | Corpus Christi office rent | 12/8/2016 |
| 3 | 3314 | 11/28/2016 | Logix Communications | 941.22 | phones & internet service | 12/5/2016 |
| 4 | 3316 | 11/30/2016 | AT&T Mobility | 1,356.47 | cell phones and tablets | 12/6/2016 |
| 5 | 3317 | 11/30/2016 | Comcast | 212.06 | wireless service HOU | 12/5/2016 |
| 6 | 3318 | 11/30/2016 | Iron Mountain | 42.16 | shredding service ELP | 12/5/2016 |
| 7 | 3322 | 11/29/2016 | SEIU Health & Welfare Fund | 48,788.37 | monthly health coverage | 12/6/2016 |
| 8 | 3323 | 11/30/2016 | Southern Shed | 45.00 | shredding service ELP | 12/5/2016 |
| 9 | 3324 | 11/30/2016 | UPS | 26.27 | overnight postage | 12/5/2016 |
| 10 | 3325 | 12/1/2016 | BCD Travel | 128.00 | travel fees to agency | 12/5/2016 |

**Total Pre-Petition Liab.**           $ 76,889.55