

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SERVICE EMPLOYEES INTERNATIONAL UNION - TEXAS | § § | Case No. 16-20483 (DRJ) |
| Debtor. | § | |
| | § | |

**ORDER GRANTING SERVICE EMPLOYEES INTERNATIONAL UNION – TEXAS'S MOTION TO MODIFY THE AUTOMATIC STAY**
(Docket No. 59)

Upon consideration of *Service Employees International Union – Texas's Motion to Modify the Automatic Stay* (the "Motion"), the Court finds that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) notice of the Motion was due and proper under the circumstances; and (iv) cause exists to modify the automatic stay pursuant to section 362(d)(1).   IT IS THEREFORE ORDERED THAT:

1. The Motion is granted.

2. The automatic stay is modified to allow the Debtor to pursue all appellate rights afforded by the Texas Rules of Appellate Procedure with respect to the case styled *Professional Janitorial Service of Houston, Inc. v. Service Employees International Union Local 5*, Cause No. 2007-27181, 61st Judicial District, Harris County, Texas.

**Signed:  February 28, 2017.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

1292964