**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**Corpus Christi DIVISION**

CASE NAME:  **Service Employees International Union - Texas**          Petition Date:  __12/3/2016__

CASE NUMBER:  __16-20483__

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH          __March__          YEAR          __2017__

| MONTH | 12/4 - 12/31/2016 | 31-Jan-17 | 28-Feb-17 | 31-Mar-17 | | |
|---|---|---|---|---|---|---|
| REVENUES  (MOR-6) | 92,698.90 | 343,581.70 | 406,897.06 | 362,349.80 | | |
| INCOME BEFORE DEPRECIATION  (MOR-6) | (189,109.89) | (8,191.23) | (37,869.60) | (76,920.21) | | |
| NET INCOME (LOSS)  (MOR-6) | (189,109.89) | (8,191.23) | (37,869.60) | (76,920.21) | | |
| PAYMENTS TO INSIDERS  (MOR-9) | 4,310.68 | 9,581.36 | 9,581.36 | 13,495.37 | | |
| PAYMENTS TO PROFESSIONALS  (MOR-9) | | | | | | |
| **TOTAL DISBURSEMENTS  (MOR-8)** | **270,323.47** | **269,920.39** | **407,885.73** | **365,897.69** | | |

*** The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP DATE |
|---|---|---|
| CASUALTY | YES ( **x** ) NO (    ) | 4/4/2017 |
| LIABILITY | YES ( **x** ) NO (    ) | 4/7/2017 |
| VEHICLE | YES (    ) NO ( **x** ) | |
| WORKERS | YES ( **x** ) NO (    ) | 4/7/2017 |
| OTHER | YES (    ) NO (    ) | |

Are all accounts receivable being collected within terms?   **Yes**
Are all post-petition liabilities including taxes being paid within terms?  **Yes**
Have any pre-petition liabilities been paid?   **Yes**          If so, describe.   **See Attached**

Are all funds received being deposited into DIP Bank Accounts?  **Yes**
Were any assets disposed of outside the normal course of business?  **No**
If so, describe.
Are all U.S. Trustee Quarterly Fee Payments current?  **Yes**
What is the status of your Plan of Reorganization?          **To be Filed**

| ATTORNEY NAME: | Chris Johnson |
|---|---|
| ADDRESS: | McKool Smith |
| ADDRESS: | 600 Travis Street |
| CITY, STATE, ZIP: | Houston, Tx.  77002 |
| TELEPHONE: | (713) 485-7300 |

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR) consisting of MOR-1 through
MOR-9 plus attachments is true and correct.

SIGNED:  _____
                     (ORIGINAL SIGNATURE)

TITLE:  **Elsa Caballero, President**

*** The Local's $250,000 monthly subsidy was received on 12/2, immediately prior to filing bankruptcy and so does not appear on this initial MOR

# MOR-1                                                              Revised 6/14/96

CASE NAME:   Service Employees International Union - Texas               CASE NUMBER:          16-20483

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 12/3/2016 | MONTH 12/4 - 12/31/2016 | MONTH 31-Jan-17 | MONTH 28-Feb-17 | MONTH 31-Mar-17 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS | | | | | | | |
| Cash | 1,483,147.98 | 1,258,809.60 | 1,309,149.18 | 1,336,451.35 | 1,441,270.34 | | |
| Accounts Receivable, Net | 74,505.79 | 107,547.59 | 125,418.59 | 134,846.78 | 126,570.17 | | |
| Inventory, Lower of Cost or Market | | | | | | | |
| Prepaid Expenses | 25,394.33 | 15,854.33 | 15,854.33 | 15,854.33 | 15,854.33 | | |
| Investments | | | | | | | |
| Other (Undeposited Receipts) | 27,341.31 | 41,137.48 | 47,186.37 | 27,268.72 | 22,874.59 | | |
| **TOTAL CURRENT ASSETS** | **1,610,389.41** | **1,423,349.00** | **1,497,608.47** | **1,514,421.18** | **1,606,569.43** | | |
| PROPERTY, PLANT & EQUIP @ COST | 60,635.60 | 86,453.23 | 86,453.23 | 86,453.23 | 86,453.23 | | |
| Less Accumulated Depreciation | | | | | | | |
| **Net Book Value of PP & E** | **60,635.60** | **86,453.23** | **86,453.23** | **86,453.23** | **86,453.23** | | |
| OTHER ASSETS: | | | | | | | |
| 1  Taxes | | | | | | | |
| 2  Reimbursable Asset | | | | | 9,603.33 | | |
| 3  McKool Smith Legal Retainer | 88,378.50 | 88,378.50 | 88,378.50 | 88,378.50 | 88,378.50 | | |
| 4  Unbilled Reimbursements | 108,851.40 | 108,851.40 | 108,851.40 | 91,231.76 | | | |
| **TOTAL ASSETS** | **1,868,254.91** | **1,707,032.13** | **1,781,291.60** | **1,780,484.67** | **1,791,004.49** | | |

*Per Schedules & Statement of Affairs

**MOR-2**

Revised 6/14/96

CASE NAME:   Service Employees International Union - Texas          CASE NUMBER:          16-20483

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 12/3/2016 | MONTH 12/4 - 12/31/2016 | MONTH 31-Jan-17 | MONTH 2/28/2017 | MONTH 3/31/2017 | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST PETITION LIABILITIES (MOR-4) | | 105,449.35 | 190,905.44 | 227,968.11 | 315,408.14 | | |
| PRE PETITION LIABILITIES: | | | | | | | |
| Notes Payable - Secured | | | | | | | |
| Priority Debt | 10,446.77 | 9,774.08 | 7,029.63 | 7,029.63 | 7,029.63 | | |
| Federal Income Tax | | | | | | | |
| FICA/Witholding | | | | | | | |
| Unsecured Debt | 7,986,373.56 | 7,909,484.01 | 7,909,223.07 | 7,909,223.07 | 7,909,223.07 | | |
| Other | | | | | | | |
| **TOTAL PRE-PETITION LIABILITIES** | **7,996,820.33** | **7,919,258.09** | **7,916,252.70** | **7,916,252.70** | **7,916,252.70** | | |
| **TOTAL LIABILITIES** | **7,996,820.33** | **8,024,707.44** | **8,107,158.14** | **8,144,220.81** | **8,231,660.84** | | |
| **OWNER'S EQUITY (DEFICIT):** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | | | | | | | |
| ADDITIONAL PAID IN CAPITAL | | | | | | | |
| RETAINED EARNINGS Filing Date | (6,128,565.42) | (6,128,565.42) | (6,128,565.42) | (6,128,565.42) | (6,128,565.42) | | |
| RETAINED EARNINGS Post Filing Date | | (189,109.89) | (197,301.12) | (235,170.72) | (312,090.93) | | |
| **TOTAL OWNER'S EQUITY (Net Worth)** | **(6,128,565.42)** | **(6,317,675.31)** | **(6,325,866.54)** | **(6,363,736.14)** | **(6,440,656.35)** | | |
| **TOTAL LIABILITIES & OWNER'S EQUITY** | **1,868,254.91** | **1,707,032.13** | **1,781,291.60** | **1,780,484.67** | **1,791,004.49** | | |

*Per _Schedules_ and _Statement of Affairs_

**MOR-3**

Revised 6/14/96

**CASE NAME:**   **Service Employees International Union - Texas**          **Case Number:**          **16-20483**

### SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH<br>12/4 - 12/31/2016 | MONTH<br>31-Jan-17 | MONTH<br>28-Feb-17 | MONTH<br>31-Mar-17 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **TRADE ACCOUNTS PAYABLE** | | | | | | |
| **TAXES PAYABLE:** | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll & Sales | | | | | | |
| Ad Valoreum Taxes | | | | | | |
| Other Taxes | | | | | | |
| **TOTAL TAXES PAYABLE** | | | | | | |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| * ACCRUED PROFESSIONAL FEES | 86,284.32 | 187,679.17 | 215,500.33 | 287,328.49 | | |
| OTHER ACCRUED LIABILITIES: | | | | | | |
| 1. Bank of America Credit Card | 19,040.87 | 2,478.95 | 7,338.39 | 13,833.32 | | |
| 2. COPE Trust Funds | 124.16 | 747.32 | 1,683.62 | 2,887.38 | | |
| 3. Other Trade Payable | | | 3,445.77 | 11,358.95 | | |
| ***TOTAL POST-PETITION LIABILITIES (MOR-3)*** | **105,449.35** | **190,905.44** | **227,968.11** | **315,408.14** | | |

 *Payment Requires Court Approval

**MOR-4**

Revised 6/14/96

CASE NAME: <u>Service Employees International Union - Texas</u>          CASE NUMBER:        <u>16-20483</u>

## AGING OF POST-PETITION LIABILITIES
### Month: 01/01/2017 - 01/31/2017

| DAYS AGED | TOTAL | TRADE ACCTS | FED TAXES | STATE TAXES | AD-VALOREM, & OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 315,408.14 | | | | | 315,408.14 |
| 31-60 | | | | | | |
| 61-90 | | | | | | |
| 91 + | | | | | | |
| TOTAL | **315,408.14** | | | | | **315,408.14** |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | 12/4 - 12/31/2016 | 31-Jan-17 | 28-Feb-17 | 31-Mar-17 | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 55,887.50 | 61,442.50 | 83,072.69 | 63,244.08 | | |
| 31-60 DAYS | | 12,316.00 | 114.00 | 11,552.00 | | |
| 61-90 DAYS | | | | 114.00 | | |
| 91 + DAYS | 51,660.09 | 51,660.09 | 51,660.09 | 51,660.09 | | |
| TOTAL | **107,547.59** | **125,418.59** | **134,846.78** | **126,570.17** | | |

**MOR-5**

**CASE NAME:**  <u>Service Employees International Union - Texas</u>                     **CASE NUMBER:**        <u>16-20483</u>

# STATEMENT OF INCOME (LOSS)

| MONTH | 12/4 - 12/31/2016 | 31-Jan-17 | 28-Feb-17 | 31-Mar-17 | | | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| **REVENUES (MOR-1)** | **92,698.90** | **343,581.70** | **406,897.06** | **362,349.80** | | | **1,205,527.46** |
| TOTAL COST OF REVENUES | | | | | | | |
| **GROSS PROFIT** | **92,698.90** | **343,581.70** | **406,897.06** | **362,349.80** | | | **1,205,527.46** |
| OPERATING EXPENSES | | | | | | | |
| Selling & Marketing | | | | | | | |
| General & Administrative | 191,213.79 | 240,796.72 | 403,424.14 | 353,946.48 | | | 1,189,381.13 |
| Insider Compensation | 4,310.68 | 9,581.36 | 9,581.36 | 13,495.37 | | | 36,968.77 |
| Professional Fees | 86,284.32 | 101,394.85 | 31,761.16 | 71,828.16 | | | 291,268.49 |
| Other (attach list) | | | | | | | |
| | | | | | | | |
| **TOTAL OPERATING EXPENSES** | **281,808.79** | **351,772.93** | **444,766.66** | **439,270.01** | | | **1,517,618.39** |
| **INCOME BEFORE INT, DEPREC/Tax (MOR-1** | **(189,109.89)** | **(8,191.23)** | **(37,869.60)** | **(76,920.21)** | | | **(312,090.93)** |
| INTEREST EXPENSE | | | | | | | |
| DEPRECIATION | | | | | | | |
| OTHER INCOME (EXPENSE)* | | | | | | | |
| OTHER ITEMS** | | | | | | | |
| **TOTAL INT, DEPREC & OTHER ITEMS** | | | | | | | |
| **NET INCOME BEFORE TAXES** | **(189,109.89)** | **(8,191.23)** | **(37,869.60)** | **(76,920.21)** | | | **(312,090.93)** |
| FEDERAL INCOME TAXES | | | | | | | |
| **NET INCOME/(LOSS)  (MOR-1)** | **(189,109.89)** | **(8,191.23)** | **(37,869.60)** | **(76,920.21)** | | | **(312,090.93)** |

Accrual Accounting Required, Otherwise Footnote with Explanation
 * Footnote Mandatory
 ** Unusual and/or infrequent items(s) outside the ordinary course of business; requires footnote


*** The Local's $250,000.00 monthly subsidy was received on 12/2, immediately prior to filing bankruptcy, and so does not appear on this initial MOR.

**MOR-6**

**CASE NAME:**  <u>Service Employees International Union - Texas</u>                   **CASE NUMBER:**  <u>16-20483</u>

| CASH RECEIPTS AND DISBURSEMENTS | MONTH 12/4 - 12/31/2016 | MONTH 31-Jan-17 | MONTH Feb-17 | MONTH Mar-17 | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. Cash - Beginning of Month: | 1,483,147.98 | 1,258,809.60 | 1,309,149.18 | 1,336,451.35 | | | 1,483,147.98 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 36,831.84 | 308,517.97 | 369,299.40 | 306,819.90 | | | 1,021,469.11 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 9,153.25 | 11,742.00 | 65,888.50 | 163,896.78 | | | 250,680.53 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | |
| 6. Other - (attach list) | | | | | | | |
| TOTAL RECEIPTS | 45,985.09 | 320,259.97 | 435,187.90 | 470,716.68 | | | 1,272,149.64 |
| (Withdrawal)/Contributions by Individual Debtor MFR-2 * | | | | | | | |
| DISBURSEMENTS | | | | | | | |
| 7. NET PAYROLL | 86,282.26 | 145,417.70 | 142,053.49 | 210,974.11 | | | 584,727.56 |
| 8. PAYROLL TAXES PAID | 10,781.82 | 22,321.48 | 19,123.12 | 17,629.01 | | | 69,855.43 |
| 9. SALES, USE OTHER TAXES PAID | 173.16 | 112.61 | 108.80 | 161.34 | | | 555.91 |
| 10. SECURED / RENTAL / LEASES | 17,603.37 | 22,930.34 | 20,446.30 | 18,889.58 | | | 79,869.59 |
| 11. UTILITIES | 1,562.04 | 2,110.20 | 3,704.19 | 3,578.85 | | | 10,955.28 |
| 12. INSURANCE | 48,688.95 | 27,245.55 | 138,699.58 | 58,493.83 | | | 273,127.91 |
| 13. INVENTORY PURCHASES | | | | | | | |
| 14. VEHICLE EXPENSES | | | | | | | |
| 15. TRAVEL & ENTERTAINMENT | 15,728.86 | 17,682.99 | 14,314.96 | 9,643.67 | | | 57,370.48 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 268.96 | | 249.21 | 1,552.69 | | | 2,070.86 |
| 17. ADMINISTRATIVE & SELLING | 12,344.50 | 12,816.50 | 65,246.08 | 44,974.61 | | | 135,381.69 |
| 18. Other (attach list) | 76,889.55 | 19,283.02 | | | | | 96,172.57 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 270,323.47 | 269,920.39 | 403,945.73 | 365,897.69 | | | 1,310,087.28 |
| 19. PROFESSIONAL FEES | | | 1,990.00 | | | | 1,990.00 |
| 20. U.S. TRUSTEE FEES | | | 1,950.00 | | | | 1,950.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | |
| TOTAL DISBURSEMENTS | 270,323.47 | 269,920.39 | 407,885.73 | 365,897.69 | | | 1,314,027.28 |
| 22. NET CASH FLOW | (224,338.38) | 50,339.58 | 27,302.17 | 104,818.99 | | | (41,877.64) |
| 23. CASH - END OF MONTH (MOR-2) | 1,258,809.60 | 1,309,149.18 | 1,336,451.35 | 1,441,270.34 | | | 1,441,270.34 |

**CASE NAME:**   __Service Employees International Union - Texas__                    __16-20483__

## CASH ACCOUNT RECONCILIATION
### Month: 01/01/2017 - 01/31/2017

| BANK NAME | Bank of America | Bank of America | | Petty Cash | |
|---|---|---|---|---|---|
| **ACCOUNT NUMBER** | 4880-3851-4857 | 4880-3842-0258 | | | |
| ***ACCOUNT TYPE*** | Operating | Old Operating | Tax | Other Funds | ***TOTAL*** |
| BANK BALANCE | 1,445,070.74 | | | 1,460.71 | 1,446,531.45 |
| DEPOSIT IN TRANSIT  (+) | | | | | 0.00 |
| OUTSTANDING CHECKS  (-) | (5,261.11) | | | | (5,261.11) |
| ADJUSTED BANK BALANCE | 1,439,809.63 | | | 1,460.71 | 1,441,270.34 |
| | | | | | |
| BEGINNING CASH - PER BOOKS | 1,334,990.64 | 0.00 | 0.00 | 1,460.71 | 1,336,451.35 |
| RECEIPTS | 470,716.68 | | | | 470,716.68 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | 0.00 |
| (WITHDRAWAL)/CONTRIBUTIONS- BY INDIVIDUAL DEBTOR MFR-2 | (365,897.69) | | | | (365,897.69) |
| CHECKS/OTHER DISBURSEMENTS | | | | | 0.00 |
| ENDING CASH - PER BOOKS | 1,439,809.63 | 0.00 | 0.00 | 1,460.71 | 1,441,270.34 |

**MOR-8**

Revised 6/14/96

CASE NAME:  <u>Service Employees International Union - Texas</u>          CASE NUMBER:          <u>16-20483</u>

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.  Also, for insiders identify the type of compensation paid (e.g., salary, commission, bonus, etc.).  (Attach additional pages as necessary.)

| INSIDERS:  NAME / COMP TYPE | MONTH 12/4 - 12/31/2016 | MONTH 31-Jan-17 | MONTH Feb-17 | MONTH Mar-17 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1.  Elsa Caballero, President, Salary | 4,310.68 | 9,581.36 | 9,581.36 | 13,495.37 | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6. | | | | | | |
| **TOTAL INSIDERS  (MOR-1)** | 4,310.68 | 9,581.36 | 9,581.36 | 13,495.37 | | |

| PROFESSIONALS: | MONTH 12/4 - 12/31/2016 | MONTH Jan-17 | MONTH Feb-17 | MONTH Mar-17 | MONTH | MONTH |
|---|---|---|---|---|---|---|
| | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| **TOTAL PROFESSIONALS  (MOR-1)** | | | | | | |

**MOR-9**                                                                 Revised 6/14/96